ALL-STATE LEGAL®

**PLAINTIFF'S EXHIBIT**

1

Monster
Auto Credit
4732 St. Barnabas Road,
Temple Hills, MD 20748
301-316-2666

BANK OF AMERICA, N.A.
68-1/510

009148

PAY **ONE THOUSAND FOUR HUNDRED EIGHT DOLLARS AND 35/100**

TO THE
ORDER
OF

LAWRENCE-ANTHONY NELSON
2243 OTIS ST NE
WASHINGTON, DC 20018

DATE    10/22/12

AMOUNT    $1,408.35

⑂"009148"  ⑂:0510000171:  0043549252148"

---

| MONSTER,AUTO CREDIT | 4732 St. Barnabas Road, Temple Hills, MD 20748   301-316-2666 | | SOCIAL SECURITY NO. | DIVISION | DEPARTMENT | EMPLOYEE NO. | PERIOD ENDING | CHECK DATE |
|---|---|---|---|---|---|---|---|---|
| LAWRENCE-ANTHONY NELSON | | | 35-R8 | 1 | U11B | 25816 | 10/19/20 | 10/22/12 |

| EARNINGS/TAXABLE BENEFITS | HOURS | RATE | CURRENT | YEAR TO DATE | TAXES/DEDUCTIONS | CURRENT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| COMMISSIONS | | | 1,600.00 | 1,600.00 | FEDERAL M-9 | 101.25 | 101.25 |
| SALARY | | | 0.00 | 3,692.32 | OASDI | 67.20 | 522.01 |
| COMMISSIONS | | | 0.00 | 7,136.53 | MEDICARE | 23.20 | 180.22 |
| TOTAL PAY | | | 1,600.00 | 12,428.85 | | | |

0.00

NET PAY

1,408.35    11,625.37    PERIOD BEGIN    10/13/12

Boston N    350.00
DMKr        350.00
Rlynn or    450.00
G-Russ      450.00
            1600.00