# Howard B. Hoffman

*Attorney at Law*

- Home
- About
- Employment Law
- Employment Immigration
- Contact



"In the truest sense, freedom cannot be bestowed; it must be achieved."
President Franklin Delano Roosevelt

(301) 251-3752 | 600 Jefferson Plaza, Suite 304 | Rockville, Maryland 20852

## About Us

### Biography

Attorney Howard B. Hoffman, Esq., is an attorney experienced in employment and employment immigration matters. On numerous occasions, he has served as a featured speaker at numerous legal seminars, is an accomplished legal author, and is an honors graduate of the University of Maryland School of Law. Prior to opening his own legal practice in 2002, Mr. Hoffman worked for a prominent employment law boutique catering exclusively to management clientele.

### Seminars

- December 2012, Maryland Employment Lawyers Association, "Bringing Your First FLSA Collective Action: The Guts and Glory Of Overtime Wage Cases.
- June 2008, Lorman Education Services, "Payroll Fundamentals."
- June 2007, Sterling Education Services, "Immigration and Employment Law Update: Hiring and Retaining Foreign and Domestic Workers."
- February 2005, Lorman Education Services, "Employee Handbooks in Maryland: Everything You Need to Know To Keep You Out of Trouble."
- November 2004, Lorman Education Services, "Ring Around The White Collar: Understanding The FLSA (New and Old).
- June 2002 / September 2002, Lorman Education Services, "Drafting Bonus and Commission Pay Plans."
- June 2001, National Business Institute, "Human Resources Law."
- July 2000, Lorman Education Services, "Family and Medical Leave Act."
- June 2000 / July 2001, Lorman Education Services, "Drafting The Employee Handbook."

**PLAINTIFF'S EXHIBIT 3-A**

## Articles & Publications

- Contributing Revisions Editor: Age Discrimination in Employment Law (BNA/ABA), 2005-present;
- Contributing Revisions Editor: Fair Labor Standards Act (BNA/ABA), 2002-present;
- Contributing Revisions Editor: American Bar Association's Employment Litigation Handbook, 2007.
- Howard B. Hoffman, Giving Employees One More Reasons to Complain: The New FLSA White-Collar Regulations, MSBA Bar Bulletin (January 2005)
- Howard B. Hoffman, Four Common Myths In Drafting Employee Handbooks, MSBA Bar Bulletin (June 2002)
- Howard B. Hoffman, Dances with Wolves: Ragsdale v. Wolverine Worldwide and The Life and Death Of A DOL Regulation, The Maryland Daily Record (April 2002)
- Howard B. Hoffman, Ingrate Employee v. Cheapskate Employer: Let The Bonus Wars Begin, The Maryland Daily Record (March 2002)
- Howard B. Hoffman, USERRA Requires All Employers To Provide Military Leave, The Maryland Daily Record (September 2001)
- Howard B. Hoffman, Consumer Bankruptcy Filers and Pre-Petition Consumer Credit Counseling: Is Congress Trying To Place The Fox In Charge of The Hen House?, 54 The Business Lawyer 1629 (August 1999) (published by the American Bar Association)

## Representative Cases

- Andrew v. Clark, 561 F.3d 261 (4th Cir. 2009) (representation of law enforcement officer in claim of first amendment retaliation and due process)
- Rose v. New Day Financial, et al., - F.Supp.2d - , 2011 WL 4103276 (D. Md. Oct. 5, 2011) (Quarles, J.) (represented employer; motion to compel class-waiver arbitration granted)
- Chapman et al. v. Ourisman Chevrolet Co., Inc., 2011 WL 2651867 (D. Md. 2011) (Williams, J.) (representation of employee class in minimum wage dispute; summary judgment for employer denied)
- Gionfriddo et al. v. Jason Zink, LLC, et al., 2011 WL 2791136 (D. Md. 2011) (Bennett, J.) (represented employer in settlement of FLSA collective action)
- Durham v. Jones, 2011 WL 1557841 (D. Md. Apr. 21, 2011) (Nickerson, J.) (representation of law enforcement officer in claim of first amendment retaliation and due process)
- Williams et al. v. ezStorage Corp., 2011 WL 1539941 (D. Md. Apr. 21, 2011) (Bennett, J.) (conditional certification of FLSA collective action on behalf of employees)
- Gionfriddo et al. v. Jason Zink, LLC, et al., 769 F.Supp.2d 880 (D. Md. 2011) (Bennett, J.) (represented employer in FLSA case; granting motion for decertification).
- Miller v. Hamm, CCB 10-243, 2011 WL 9185 (D. Md. Jan. 3, 2011) (Blake, J.) (representation of law enforcement officer in claim of first amendment retaliation and due process)
- Dorsey et al. v. The Greene Turtle Franchising Corp., 2010 WL 3655544 (D. Md. 2010) (Blake, J.) (represented employees; grant of conditional certification of FLSA collective action)
- Hopkins v. New Day Financial, et al., 643 F.Supp.2d 704 (E.D. Pa. 2009) (Slomsky, J.) (represented employer in motion to compel arbitration in FLSA case; subsequent trial on merits of arbitration defenses)
- Williams et al. v. Long, 585 F.Supp.2d 679 (D. Md. 2008) (Grimm, J.) (represented employees; grant of conditional certification of FLSA collective action)
- Williams et al. v. Long, 558 F.Supp.2d 601 (D. Md. 2008) (Motz, J.) (represented employees; dismissing counterclaim brought by employer in FLSA case)
- Wyckoff v. Maryland State Police, et al., 522 F.Supp.2d 730 (D. Md. 2007) (Quarles, J.) (representation of law enforcement officer in claim of gender discrimination and first amendment retaliation)
- Sabol v. Brooks, 469 F.Supp.2d 324 (D. Md. 2006) (Grimm, J.) (post-judgment collection as to potential successor)

**Admissions**

- State of Maryland, December, 1999
- U.S. District Court of Maryland, 2000
- U.S. Court of Appeals (Fourth Circuit), 2004
- District of Columbia, 2007
- U.S. District Court for the District of Columbia, 2010

**Associations**

- Member, American Bar Association (Labor & Employment and Litigation Sections)
- Member, American Immigration Lawyer's Association

**Education**

- University of Maryland School of Law, Baltimore, Maryland
  Juris Doctorate: Awarded May 1999, with honors Law Journal: Associate Editor, The Business Lawyer (ABA Publication) (1998-1999) Recipient: Employment Law Prize Recipient: Joseph Bernstein Prize (Excellence in Legal Writing) 1999

- University of Miami School of Law, Coral Gables, Florida
  Juris Doctorate Candidate (1996-1997) Dean's Honor List: Fall 1996/Spring 1997

- University of Maryland at College Park, College Park, Maryland
  Bachelor of Arts: Awarded 1992

# About Us

What you should know about our firm and attorney

# Employment Law

How we can help you reach your goal

# Contact Us

How to reach us to discuss your status



56

Like

---

Howard B. Hoffman, Attorney at Law, (301) 251-3752, Content Copyright © 2012 Howard B. Hoffman, Attorney at Law.
Immigration Attorneys Websites by Market Hardware