IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LAWRENCE NELSON | : |
| | : |
| v. | : Civil No. JKS 12-2288 |
| | : |
| A&H MOTORS, INC. | : |
| d/b/a Monster Auto Group | : |
| | : |

## ORDER

For the reasons stated in the Memorandum Opinion filed today, Plaintiff's Motion for Attorney's Fees and Costs, ECF No. 15, is granted in the amount of $8,551.95.  The motion to require production of billing records, ECF No. 22, is denied.

Date: January 30, 2013                             /s/                  
JILLYN K. SCHULZE
United States Magistrate Judge